**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 8, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00134-CV

---

## IN RE ALEX MELVIN WADE JR., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-39223**

---

## MEMORANDUM OPINION

On February 20, 2018, relator Alex Melvin Wade, Jr. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Mike Engelhart, presiding judge of the 151st District Court of Harris County, to recuse himself. *See* Tex. R. Civ. P. 18a.

As the party seeking relief, relator has the burden of providing this court with a sufficient record to establish his right to mandamus relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding); Tex. R. App. P. 52.7(a)(1) (relator must file with petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"). "A party's right to mandamus relief generally requires a predicate request for some action and a refusal of that request." *In re Perritt*, 992 S.W.2d 444, 446 (Tex. 1999) (orig. proceeding); *In re Le*, 335 S.W.3d 808, 814–15 (Tex. App.— Houston [14th Dist.] 2011, no pet.). Relator is not entitled to mandamus relief because he has not provided this court with a certified or sworn copy of his motion to recuse or a record which shows that the motion was refused.

We therefore deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Busby, Brown, and Jewell.

2